**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*
Our File No.: 108731

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCENROE,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                    Defendant. | Docket No:<br>3:15-cv-00901-L-DHB<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff LISA MCENROE by and through counsel, to provide

notice to the Court that the present cause has been settled between the parties, and

state:

1.  A settlement agreement ("Agreement") is in the process of being finalized.

    Once the Agreement is fully executed, and Plaintiffs have received the

    consideration required pursuant to the Agreement, the parties will submit a

    Stipulation of Voluntary Dismissal *with prejudice* pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be

dismissed and closed.

2.  The parties respectfully request that the Court stays this case and adjourns

all deadlines and conferences.

3.  We respectfully request the Court provide that the parties may seek to

reopen the matter for forty-five (45) days to assure that the Agreement is

executed and that the settlement funds have cleared.

DATED: June 21, 2015

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*
Our File No.: 108731

## CERTIFICATE OF SERVICE

Filed electronically on this 24th day of June 2015, with:

     United States District Court CM/ECF system

Notification sent electronic mail on this 24th day of June 2015 to:
     Thomas F. Landers
     Solomon Ward Seidenwurm & Smith, LLP
     Wells Fargo Plaza
     401 B Street, Suite 1200
     San Diego, CA 92101
     (t) 619.238.4812
     (f) 619.615.7912
     tlanders@swsslaw.com

                    **BARSHAY SANDERS, PLLC**

                    By: /s Craig B. Sanders
                    BARSHAY SANDERS, PLLC
                    100 Garden City Plaza, Suite 500
                    Garden City, New York 11530
                    Tel: (516) 203-7600
                    Fax: (516) 706-5055
                    *Attorneys for Plaintiff*
                    Our File No.: 108731

BARSHAY | SANDERS PLLC
100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NY 11530