# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa McEnroe, | |
| Plaintiff, | Case No. 3:15-cv-00901-L-DHB |
| v. | **ORDER GRANTING JOINT MOTION DISMISS** |
| Midland Credit Management, Inc., | |
| Defendant. | |

Good cause appearing, the Court **GRANTS** the parties' joint motion. This action is **DISMISSED WITH PREJUDICE** in its entirety, with each party bearing its own costs, expenses, and attorney's fees.

**IT IS SO ORDERED.**

DATED:  August 3, 2015

Thomas J. Whelan for
M. James Lorenz
United States District Judge

15CV901